**STATE of Missouri, Respondent,**

v.

**Joseph R. GARNER, Appellant.**

**Joseph R. GARNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 49494, WD 51073.**

Missouri Court of Appeals, Western District.

July 9, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Consolidated appeals from conviction and 30 year sentence without possibility of probation or parole, as a "prior drug offender," § 195.295 RSMo. Supp.1991, for trafficking drugs in the second degree, § 195.223 RSMo. Supp.1991, following a jury trial and the denial, following an evidentiary hearing, of his Rule 29.15 motion.

Judgments affirmed. Rules 84.16(b) and 30.25(b).

■

**Timothy WELCH, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 68959.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 9, 1996.

S. Paige Canfield, Special Public Defender's Office, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).